Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 22−14746−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Nelson R. Jusino
aka Nelson Jusino
28 Forrest Hill Dr
Howell, NJ 07731−2159

Lisa L. Jusino
aka Lisa Jusino
28 Forrest Hill Dr
Howell, NJ 07731−2159

Social Security No.:
xxx−xx−9794

xxx−xx−8382

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on October 5, 2022.

Dated: October 5, 2022
JAN: ldd

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Nelson R. Jusino  
Lisa L. Jusino  
    Debtors

Case No. 22-14746-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 7  
Date Rcvd: Oct 05, 2022      Form ID: plncf13      Total Noticed: 136

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 07, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Nelson R. Jusino, Lisa L. Jusino, 28 Forrest Hill Dr, Howell, NJ 07731-2159 |
| 519635216 | | Amricn Fcu, 3110 Grant Ave, Philadelphia, PA 19114-2542 |
| 519668832 | | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 519635238 | | Ccb/Lucky, PO Box 182120, Columbus, OH 43218-2120 |
| 519635236 | | Ccb/boscov, PO Box 182120, Columbus, OH 43218-2120 |
| 519635239 | | Ccb/mprcc, PO Box 182120, Columbus, OH 43218-2120 |
| 519635240 | | Ccb/prcpgd, PO Box 182120, Columbus, OH 43218-2120 |
| 519635241 | | Ccb/zlotlt, PO Box 182120, Columbus, OH 43218-2120 |
| 519635262 | | Comenityl/Prcpgd, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 519635265 | | Elan Fincl, Saint Louis, MO 63101 |
| 519635272 | | Navy Fcu, 1 Security Pl, Merrifield, VA 22081 |
| 519635276 | | Navy Mort, PO Box 3305, Merrifield, VA 22116-3305 |
| 519635280 | | Pnmac, PO Box 514387, Los Angeles, CA 90051-4387 |
| 519635282 | + | Rocketmort, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 519635288 | | Syncb/ashf, C/o, PO Box 965036, Orlando, FL 32896-5036 |
| 519635302 | | Syncb/mvis, C/o, PO Box 965036, Orlando, FL 32896-5036 |
| 519635325 | | Td/renovat, Columbia, SC 29201 |
| 519635329 | | US Bank, Saint Louis, MO 63101 |
| 519635331 | | Wells Fargo Bank NA, 1 Home Campus MAC X2303-01A Fl 3, Des Moines, IA 50301 |
| 519635332 | | Wf/preferr, PO Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 05 2022 20:36:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 05 2022 20:36:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519661267 | | Email/PDF: bncnotices@becket-lee.com | Oct 05 2022 20:40:47 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519668741 | + | Email/Text: broman@amhfcu.org | Oct 05 2022 20:37:00 | American Heritage FCU, c/o Brian Romaniello, 2060 Red Lion Rd, Philadelphia, PA 19115-1699 |
| 519635211 | + | Email/Text: broman@amhfcu.org | Oct 05 2022 20:37:00 | American Heritage Federal Credit Union, Attn: Bankruptcy, 2060 Red Lion Rd, Philadelphia, PA 19115-1699 |
| 519635212 | | Email/PDF: bncnotices@becket-lee.com | Oct 05 2022 20:41:00 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 519635213 | | Email/PDF: bncnotices@becket-lee.com | | |

Case 22-14746-MBK    Doc 24    Filed 10/07/22    Entered 10/08/22 00:15:56    Desc Imaged
Certificate of Notice    Page 3 of 8

| District/off: 0312-3 | User: admin | Page 2 of 7 |
|---|---|---|
| Date Rcvd: Oct 05, 2022 | Form ID: plncf13 | Total Noticed: 136 |

| Recipient ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 519635214 | | Email/PDF: bncnotices@becket-lee.com | Oct 05 2022 20:40:21 | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| | | | Oct 05 2022 20:40:21 | Amex/Bankruptcy, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 519635215 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 05 2022 20:41:04 | Amex/Dsnb, PO Box 6789, Sioux Falls, SD 57117-6789 |
| 519635217 | | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 05 2022 20:36:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 519635218 | | Email/Text: BarclaysBankDelaware@tsico.com | Oct 05 2022 20:36:00 | Barclays Bank Delaware, Attn: Bankruptcy, PO Box 8801, Wilmington, DE 19899-8801 |
| 519635219 | | Email/Text: BarclaysBankDelaware@tsico.com | Oct 05 2022 20:36:00 | Barclaysbk, PO Box 8803, Wilmington, DE 19899-8803 |
| 519635220 | | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 05 2022 20:36:00 | Bk of Amer, PO Box 982238, El Paso, TX 79998-2238 |
| 519635221 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 05 2022 20:40:14 | Cap One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519635222 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 05 2022 20:40:14 | Cap1/l&t, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519635223 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 05 2022 20:40:14 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519635227 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 05 2022 20:36:00 | Cb/Express, PO Box 182789, Columbus, OH 43218-2789 |
| 519635229 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 05 2022 20:36:00 | Cb/Justice, PO Box 182789, Columbus, OH 43218-2789 |
| 519635231 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 05 2022 20:36:00 | Cb/Ny&Co, PO Box 182789, Columbus, OH 43218-2789 |
| 519635224 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 05 2022 20:36:00 | Cb/anntylr, PO Box 182789, Columbus, OH 43218-2789 |
| 519635225 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 05 2022 20:36:00 | Cb/comenit, PO Box 182789, Columbus, OH 43218-2789 |
| 519635226 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 05 2022 20:36:00 | Cb/comenit, Attn: Bankruptcy, PO Box 182789, Columbus, OH 43218-2789 |
| 519635228 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 05 2022 20:36:00 | Cb/fshnbgv, PO Box 182789, Columbus, OH 43218-2789 |
| 519635230 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 05 2022 20:36:00 | Cb/mandee, PO Box 182789, Columbus, OH 43218-2789 |
| 519635232 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 05 2022 20:36:00 | Cb/venus, PO Box 182789, Columbus, OH 43218-2789 |
| 519635234 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 05 2022 20:40:50 | Cbna, Attn: Centralized BankruptcyDept, PO Box 790034, Saint Louis, MO 63179-0034 |
| 519635235 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 05 2022 20:40:51 | Cbna, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 519635233 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 05 2022 20:40:51 | Cbna, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 519635237 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 05 2022 20:36:00 | Ccb/hsn, PO Box 182120, Columbus, OH 43218-2120 |
| 519635243 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 05 2022 20:40:50 | Citi, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 519635244 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 05 2022 20:40:50 | Citi/Sears, Citibank/Centralized Bankruptcy, PO Box 790034, Saint Louis, MO 63179-0034 |
| 519635245 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 05 2022 20:40:29 | Citibank, Attn: Bankruptcy, PO Box 790034, Saint Louis, MO 63179-0034 |
| 519635246 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 05 2022 20:40:29 | Citibank North America, Citibank SD MC, 425 |

Case 22-14746-MBK    Doc 24    Filed 10/07/22    Entered 10/08/22 00:15:56    Desc Imaged
Certificate of Notice    Page 4 of 8

| District/off: 0312-3 | User: admin | Page 3 of 7 |
|---|---|---|
| Date Rcvd: Oct 05, 2022 | Form ID: plncf13 | Total Noticed: 136 |

| Recipient ID | | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | 5800 South Corp Pl, Sioux Falls, SD 57101 |
| 519635247 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 05 2022 20:40:29 | Citibank/Best Buy, Attn: Bankruptcy, PO Box 790034, Saint Louis, MO 63179-0034 |
| 519635248 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 05 2022 20:40:50 | Citibank/Sears, Attn: Bnakruptcy, PO Box 790034, Saint Louis, MO 63179-0034 |
| 519635249 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 05 2022 20:41:03 | Citibank/the Home Depot, Citicorp Credit Srvs/Centralized Bk dept, PO Box 790034, Saint Louis, MO 63179-0034 |
| 519635250 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 05 2022 20:36:00 | Comenity Bank/Ann Taylor, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 519635251 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 05 2022 20:36:00 | Comenity Bank/Express, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 519635252 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 05 2022 20:36:00 | Comenity Bank/Fashion Bug, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 519635253 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 05 2022 20:36:00 | Comenity Bank/Justice, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 519635254 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 05 2022 20:36:00 | Comenity Bank/Mandee, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 519635255 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 05 2022 20:36:00 | Comenity Capital Bank/Hsn, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 519635256 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 05 2022 20:36:00 | Comenity/MPRC, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 519635257 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 05 2022 20:36:00 | Comenity/zlotlt, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 519635259 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 05 2022 20:36:00 | ComenityBank/Venus, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 519635261 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 05 2022 20:36:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 519635258 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 05 2022 20:36:00 | Comenitybank/New York, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 519635260 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 05 2022 20:36:00 | Comenitycapital/1stop, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 519635263 | | Email/Text: mrdiscen@discover.com | Oct 05 2022 20:36:00 | Discover, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 519635270 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 05 2022 20:40:50 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Blvd, Mason, OH 45040-8999 |
| 519635264 | | Email/Text: dplbk@discover.com | Oct 05 2022 20:37:00 | Discover Personal Loans, Attn: Bankruptcy, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 519635242 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 05 2022 20:40:47 | Chase Card Services, Attn: Bankruptcy, PO Box 15298, Wilmington, DE 19850-5298 |
| 519635266 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 05 2022 20:40:57 | Jpmcb Card, PO Box 15369, Wilmington, DE 19850-5369 |
| 519635267 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 05 2022 20:40:46 | Jpmcb Hl, 700 Kansas Ln, Monroe, LA 71203-4774 |
| 519664809 | + | Email/Text: RASEBN@raslg.com | Oct 05 2022 20:36:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 519635269 | | Email/Text: PBNCNotifications@peritusservices.com | Oct 05 2022 20:36:00 | Kohls/Capital One, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |
| 519635268 | | Email/Text: PBNCNotifications@peritusservices.com | Oct 05 2022 20:36:00 | Kohls/cap1, PO Box 3115, Milwaukee, WI |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | 53201-3115 |
| 519670791 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 05 2022 20:40:21 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519635271 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 05 2022 20:41:04 | Macysdsnb, PO Box 6789, Sioux Falls, SD 57117-6789 |
| 519646148 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 05 2022 20:37:00 | NORDSTROM, INC., Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 519635273 | | Email/Text: ext_ebn_inbox@navyfederal.org | Oct 05 2022 20:37:00 | Navy Fcu, 820 Follin Ln SE, Vienna, VA 22180-4907 |
| 519635274 | | Email/Text: ext_ebn_inbox@navyfederal.org | Oct 05 2022 20:37:00 | Navy Fcu, Attn: Bankruptcy, PO Box 3000, Merrifield, VA 22119-3000 |
| 519635275 | | Email/Text: ext_ebn_inbox@navyfederal.org | Oct 05 2022 20:37:00 | Navy Federal Credit Union, Attn: Bankruptcy, PO Box 3000, Merrifield, VA 22119-3000 |
| 519639615 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Oct 05 2022 20:37:00 | Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 519635277 | + | Email/Text: bnc@nordstrom.com | Oct 05 2022 20:36:04 | Nordstm/td, 13531 E Caley Ave, Englewood, CO 80111-6505 |
| 519635278 | | Email/Text: bnc@nordstrom.com | Oct 05 2022 20:36:04 | Nordstrom FSB, ATTN: Bankruptcy, PO Box 6555, Englewood, CO 80155-6555 |
| 519684975 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 05 2022 20:41:01 | Portfolio Recovery Associates, LLC, c/o The Home Depot, POB 41067, Norfolk VA 23541 |
| 519635279 | + | Email/PDF: ebnotices@pnmac.com | Oct 05 2022 20:40:26 | Pennymac Loan Services, LLC, Attn: Correspondence, Unit PO Box 514387, Los Angeles, CA 90051-4387 |
| 519679428 | | Email/Text: bnc-quantum@quantum3group.com | Oct 05 2022 20:36:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 519635281 | + | Email/Text: bankruptcyteam@quickenloans.com | Oct 05 2022 20:37:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 519649497 | + | Email/Text: bankruptcyteam@quickenloans.com | Oct 05 2022 20:37:00 | Rocket Mortgage, LLC fka Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 519635290 | | Email/PDF: gecsedi@recoverycorp.com | Oct 05 2022 20:40:58 | SYNCB/BRMart, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519635283 | | Email/Text: DeftBkr@santander.us | Oct 05 2022 20:36:00 | Santander, PO Box 12646, Reading, PA 19612-2646 |
| 519635284 | + | Email/Text: DeftBkr@santander.us | Oct 05 2022 20:36:00 | Santander Bank, 10-64-38-FD7, 601 Penn St, Reading, PA 19601-3563 |
| 519635285 | | Email/PDF: gecsedi@recoverycorp.com | Oct 05 2022 20:41:00 | Syncb, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519635286 | | Email/PDF: gecsedi@recoverycorp.com | Oct 05 2022 20:40:48 | Syncb/ Zul, C/o, PO Box 965017, Orlando, FL 32896-5017 |
| 519635287 | | Email/PDF: gecsedi@recoverycorp.com | Oct 05 2022 20:41:00 | Syncb/Amer, PO Box 965005, Orlando, FL 32896-5005 |
| 519635291 | | Email/PDF: gecsedi@recoverycorp.com | Oct 05 2022 20:40:50 | Syncb/Car Care, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519635292 | | Email/PDF: gecsedi@recoverycorp.com | Oct 05 2022 20:40:14 | Syncb/Care, C/o, PO Box 965036, Orlando, FL 32896-5036 |
| 519635293 | | Email/PDF: gecsedi@recoverycorp.com | Oct 05 2022 20:40:49 | Syncb/Care Credit, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 519635295 | | Email/PDF: gecsedi@recoverycorp.com | Oct 05 2022 20:41:04 | Syncb/Home Design SE, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |

Case 22-14746-MBK    Doc 24    Filed 10/07/22    Entered 10/08/22 00:15:56    Desc Imaged
Certificate of Notice    Page 6 of 8

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 5 of 7 |
| Date Rcvd: Oct 05, 2022 | Form ID: plncf13 | Total Noticed: 136 |

| | | | |
|---|---|---|---|
| 519635298 | | Email/PDF: gecsedi@recoverycorp.com | |
| | | Oct 05 2022 20:41:00 | Syncb/Lord & Taylor, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519635289 | | Email/PDF: gecsedi@recoverycorp.com | |
| | | Oct 05 2022 20:41:00 | Syncb/bebe, PO Box 965005, Orlando, FL 32896-5005 |
| 519635294 | | Email/PDF: gecsedi@recoverycorp.com | |
| | | Oct 05 2022 20:40:59 | Syncb/hdsn, C/o, PO Box 965036, Orlando, FL 32896-5036 |
| 519635296 | | Email/PDF: gecsedi@recoverycorp.com | |
| | | Oct 05 2022 20:40:59 | Syncb/jcp, PO Box 965007, Orlando, FL 32896-5007 |
| 519635297 | | Email/PDF: gecsedi@recoverycorp.com | |
| | | Oct 05 2022 20:40:59 | Syncb/l&t, PO Box 965015, Orlando, FL 32896-5015 |
| 519635299 | | Email/PDF: gecsedi@recoverycorp.com | |
| | | Oct 05 2022 20:41:00 | Syncb/lowe, PO Box 956005, Orlando, FL 32801 |
| 519635300 | | Email/PDF: gecsedi@recoverycorp.com | |
| | | Oct 05 2022 20:40:18 | Syncb/lowe, PO Box 965005, Orlando, FL 32896-5005 |
| 519635301 | | Email/PDF: gecsedi@recoverycorp.com | |
| | | Oct 05 2022 20:40:48 | Syncb/mc, PO Box 965005, Orlando, FL 32896-5005 |
| 519635303 | | Email/PDF: gecsedi@recoverycorp.com | |
| | | Oct 05 2022 20:40:47 | Syncb/onav, PO Box 965005, Orlando, FL 32896-5005 |
| 519635304 | | Email/PDF: gecsedi@recoverycorp.com | |
| | | Oct 05 2022 20:40:49 | Syncb/qvc, PO Box 965005, Orlando, FL 32896-5005 |
| 519635305 | | Email/PDF: gecsedi@recoverycorp.com | |
| | | Oct 05 2022 20:40:59 | Syncb/sams, PO Box 965005, Orlando, FL 32896-5005 |
| 519635306 | | Email/PDF: gecsedi@recoverycorp.com | |
| | | Oct 05 2022 20:40:48 | Syncb/slpy, C/o, PO Box 965036, Orlando, FL 32896-5036 |
| 519635307 | | Email/PDF: gecsedi@recoverycorp.com | |
| | | Oct 05 2022 20:40:48 | Syncb/sync, C/o, PO Box 965036, Orlando, FL 32896-5036 |
| 519635308 | | Email/PDF: gecsedi@recoverycorp.com | |
| | | Oct 05 2022 20:40:21 | Syncb/tjx, PO Box 965015, Orlando, FL 32896-5015 |
| 519635309 | | Email/PDF: gecsedi@recoverycorp.com | |
| | | Oct 05 2022 20:41:00 | Syncb/walm, PO Box 965024, Orlando, FL 32896-5024 |
| 519635310 | | Email/PDF: gecsedi@recoverycorp.com | |
| | | Oct 05 2022 20:41:04 | Syncb/zulily, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519678319 | + | Email/PDF: gecsedi@recoverycorp.com | |
| | | Oct 05 2022 20:41:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519635312 | | Email/PDF: gecsedi@recoverycorp.com | |
| | | Oct 05 2022 20:40:48 | Synchrony Bank, PO Box 530938, Atlanta, GA 30353-0938 |
| 519635311 | | Email/PDF: gecsedi@recoverycorp.com | |
| | | Oct 05 2022 20:40:25 | Synchrony Bank, Attn: Bnakruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519636173 | + | Email/PDF: gecsedi@recoverycorp.com | |
| | | Oct 05 2022 20:40:59 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519635313 | | Email/PDF: gecsedi@recoverycorp.com | |
| | | Oct 05 2022 20:40:59 | Synchrony Bank/American Eagle, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519635314 | | Email/PDF: gecsedi@recoverycorp.com | |
| | | Oct 05 2022 20:41:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, PO Box 965064, Orlando, FL 32896-5064 |
| 519635315 | | Email/PDF: gecsedi@recoverycorp.com | |
| | | Oct 05 2022 20:40:48 | Synchrony Bank/Hh Gregg, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519635316 | | Email/PDF: gecsedi@recoverycorp.com | |
| | | Oct 05 2022 20:40:58 | Synchrony Bank/Jcpenney, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519635317 | | Email/PDF: gecsedi@recoverycorp.com | |

| Recip ID | Notice Type | Time | Name and Address |
|---|---|---|---|
| | | Oct 05 2022 20:41:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519635318 | Email/PDF: gecsedi@recoverycorp.com | Oct 05 2022 20:40:58 | Synchrony Bank/McCbg, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519635319 | Email/PDF: gecsedi@recoverycorp.com | Oct 05 2022 20:41:01 | Synchrony Bank/Old Navy, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519635320 | Email/PDF: gecsedi@recoverycorp.com | Oct 05 2022 20:40:59 | Synchrony Bank/Qvc, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519635321 | Email/PDF: gecsedi@recoverycorp.com | Oct 05 2022 20:40:48 | Synchrony Bank/Sams, Attn: Bnakruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519635322 | Email/PDF: gecsedi@recoverycorp.com | Oct 05 2022 20:41:00 | Synchrony Bank/Sams Club, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519635323 | Email/PDF: gecsedi@recoverycorp.com | Oct 05 2022 20:40:48 | Synchrony Bank/Tjx, Attn: Bankruptcy Dept, PO Box 965064, Orlando, FL 32896-5064 |
| 519635324 | Email/Text: bncmail@w-legal.com | Oct 05 2022 20:36:00 | Target Nb, C/O Financial & Retail Services Mailstop, PO Box 9475, Minneapolis, MN 55440-9475 |
| 519635326 | Email/Text: bncmail@w-legal.com | Oct 05 2022 20:36:00 | Td/target, PO Box 673, Minneapolis, MN 55440-0673 |
| 519635328 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Oct 05 2022 20:37:00 | U.S. Bankcorp, Attn: Bankruptcy, 800 Nicollet Mall, Minneapolis, MN 55402-7000 |
| 519635330 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Oct 05 2022 20:37:00 | US Bank/Rms, Attn: Bankruptcy, PO Box 5229, Cincinnati, OH 45201-5229 |
| 519635331 | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Oct 05 2022 20:40:59 | Wells Fargo Bank NA, 1 Home Campus MAC X2303-01A Fl 3, Des Moines, IA 50301 |
| 519635332 | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Oct 05 2022 20:40:48 | Wf/preferr, PO Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 118

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519635327 | ## | Tdrcs/Furniture First, Attn: Bankruptcy, 1000 Macarthur Blvd, Mahwah, NJ 07430-2035 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 07, 2022        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 7 of 7 |
| Date Rcvd: Oct 05, 2022 | Form ID: plncf13 | Total Noticed: 136 |

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 5, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Daniel E. Straffi | on behalf of Joint Debtor Lisa L. Jusino bkclient@straffilaw.com  G25938@notify.cincompass.com;bktrustee@straffilaw.com |
| Daniel E. Straffi | on behalf of Debtor Nelson R. Jusino bkclient@straffilaw.com  G25938@notify.cincompass.com;bktrustee@straffilaw.com |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5