| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>District of New Jersey | |
| Albert Russo<br>PO Box 4853<br>Trenton, NJ  08650<br>(609) 587-6888<br>Standing Chapter 13 Trustee | Order Filed on May 25, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>Nelson R. Jusino<br>Lisa L. Jusino<br><br><br>                              Debtor(s) | Case No.: 22-14746 / MBK<br><br>Hearing Date: 05/24/2023<br><br>Judge: Michael B. Kaplan<br><br>Chapter:  13 |

## ORDER REGARDING CHAPTER 13 STANDING
## TRUSTEE'S MOTION TO DISMISS OR
## CERTIFICATION OF DEFAULT

The relief set forth on the following page is **ORDERED**.

**DATED: May 25, 2023**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

This matter having come before the Court on the Standing Trustee's Motion to Dismiss or an objection to the Trustee's Certification of Default, and good cause having been shown, it is

**ORDERED** that case is allowed to continue under Chapter 13 upon the following terms and conditions:

- $5,500.00 paid to date

- Debtor(s) shall remit $1,380.00 per month to the Trustee for 49 months beginning 06/01/2023

- If the Debtor(s) fail to make regular plan payments to the Trustee for a period of more than 30 consecutive days, upon the Certification of the Trustee of such non-payments, with Notice of the Certification to the Debtor(s) and the Debtor(s) attorney, if any, the within case shall be dismissed.

United States Bankruptcy Court
District of New Jersey

In re:     Case No. 22-14746-MBK
Nelson R. Jusino     Chapter 13
Lisa L. Jusino
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2
Date Rcvd: May 25, 2023     Form ID: pdf903     Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 27, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | Nelson R. Jusino, Lisa L. Jusino, 28 Forrest Hill Dr, Howell, NJ 07731-2159 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 27, 2023     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 25, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Brian C. Nicholas | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Daniel E. Straffi | on behalf of Joint Debtor Lisa L. Jusino bkclient@straffilaw.com G25938@notify.cincompass.com |
| Daniel E. Straffi | on behalf of Debtor Nelson R. Jusino bkclient@straffilaw.com G25938@notify.cincompass.com |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-3 — User: admin — Page 2 of 2
Date Rcvd: May 25, 2023 — Form ID: pdf903 — Total Noticed: 1
TOTAL: 7