# UNITED STATES BANKRUPTCY COURT

District of New Jersey

In Re:  Jusino, Nelson                              Case No.  22-14743
      Jusino, Lisa

      Judge: Michael B. Kaplan

## NOTICE OF VOLUNTARY CONVERSION OF CASE TO CHAPTER 7

1.    The debtors, Nelson Jusino and Lisa Jusino hereby voluntarily convert the within Chapter 13 case to a Chapter 7 case;

2.    This case has not heretofore been converted to another case under the United States Bankruptcy Code.

      1/3/24                                           /s/ Nelson Jusino
Date:_____                       _____
                                                    Nelson Jusino          Debtor

      1/3/24                                           /s/ Lisa Jusino
Date:_____                       _____
                                                    Lisa Jusino            Debtor