Information to identify the case:

| | | | |
|---|---|---|---|
| Debtor 1: | Nelson R. Jusino<br>First Name Middle Name Last Name | Social Security number or ITIN: xxx–xx–9794<br>EIN: _ _–_ _ _ _ _ _ _ | |
| Debtor 2:<br>(Spouse, if filing) | Lisa L. Jusino<br>First Name Middle Name Last Name | Social Security number or ITIN: xxx–xx–8382<br>EIN: _ _–_ _ _ _ _ _ _ | |
| United States Bankruptcy Court: | District of New Jersey | Date case filed in chapter: 13 | 6/9/22 |
| Case number: | 22–14746–MBK | Date case converted to chapter: 7 | 1/3/24 |

Official Form 309A (For Individuals or Joint Debtors)

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline 10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| **1.** | **Debtor's full name** | Nelson R. Jusino | Lisa L. Jusino |
| **2.** | **All other names used in the last 8 years** | aka Nelson Jusino | aka Lisa Jusino |
| **3.** | **Address** | 28 Forrest Hill Dr<br>Howell, NJ 07731–2159 | 28 Forrest Hill Dr<br>Howell, NJ 07731–2159 |
| **4.** | **Debtor's attorney**<br>Name and address | Daniel E. Straffi<br>Straffi & Straffi, LLC<br>670 Commons Way<br>Toms River, NJ 08755 | Contact phone 732–341–3800<br>Email: bkclient@straffilaw.com |
| **5.** | **Bankruptcy trustee**<br>Name and address | John Michael McDonnell<br>John Michael McDonnell, Ch. 7 Trustee<br>115 Maple Avenue<br>Red Bank, NJ 07701 | Contact phone 732–383–7233 |

**For more information, see page 2 >**

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. (800) 676–6856 | 402 East State Street<br>Trenton, NJ 08608<br>Additional information may be available at the Court's Web Site:<br>www.njb.uscourts.gov. | Hours open: 8:30 AM – 4:00 p.m., Monday – Friday (except holidays)<br><br>Contact phone 609–858–9333<br><br>Date: 1/4/24 |
| **7.** | **Meeting of creditors**<br><br>**Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.**<br><br>All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | **February 1, 2024 at 09:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Meeting held by Zoom, visit join.zoom.us, Enter Meeting ID 886 888 2131, Click on JOIN using passcode 0486930515, or call 1–848–310–9151**<br><br>For additional meeting information go to https://www.justice.gov/ust/moc |
| **8.** | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9).<br><br>**WRITING A LETTER TO THE COURT OR THE JUDGE IS NOT A SUBSTITUTE FOR FILING AN ADVERSARY COMPLAINT OBJECTING TO DISCHARGE OR DISCHARGEABILITY. IN NO CIRCUMSTANCE WILL WRITING A LETTER PROTECT YOUR RIGHTS.** | **Filing deadline: 4/1/24** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

| | |
|---|---|
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |

United States Bankruptcy Court

District of New Jersey

In re: Case No. 22-14746-MBK
Nelson R. Jusino Chapter 7
Lisa L. Jusino
Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3 User: admin Page 1 of 7
Date Rcvd: Jan 04, 2024 Form ID: 309A Total Noticed: 140

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 06, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Nelson R. Jusino, Lisa L. Jusino, 28 Forrest Hill Dr, Howell, NJ 07731-2159 |
| 519635216 | | Amricn Fcu, 3110 Grant Ave, Philadelphia, PA 19114-2542 |
| 519635238 | | Ccb/Lucky, PO Box 182120, Columbus, OH 43218-2120 |
| 519635241 | | Ccb/zlotlt, PO Box 182120, Columbus, OH 43218-2120 |
| 519635265 | | Elan Fincl, Saint Louis, MO 63101 |
| 519635272 | | Navy Fcu, 1 Security Pl, Merrifield, VA 22081 |
| 519635276 | | Navy Mort, PO Box 3305, Merrifield, VA 22116-3305 |
| 519635280 | | Pnmac, PO Box 514387, Los Angeles, CA 90051-4387 |
| 519635282 | + | Rocketmort, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 519635288 | | Syncb/ashf, C/o, PO Box 965036, Orlando, FL 32896-5036 |
| 519635302 | | Syncb/mvis, C/o, PO Box 965036, Orlando, FL 32896-5036 |
| 519635325 | | Td/renovat, Columbia, SC 29201 |
| 519635329 | | US Bank, Saint Louis, MO 63101 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: bkclient@straffilaw.com | Jan 04 2024 20:46:00 | Daniel E. Straffi, Straffi & Straffi, LLC, 670 Commons Way, Toms River, NJ 08755 |
| tr | + | EDI: BJMMCDONNELLIII.COM | Jan 05 2024 01:24:00 | John Michael McDonnell, John Michael McDonnell, Ch. 7 Trustee, 115 Maple Avenue, Red Bank, NJ 07701-1752 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 04 2024 20:48:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 04 2024 20:48:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519661267 | | Email/PDF: bncnotices@becket-lee.com | Jan 04 2024 20:52:04 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519668741 | + | Email/Text: broman@amhfcu.org | Jan 04 2024 20:48:00 | American Heritage FCU, c/o Brian Romaniello, 2060 Red Lion Rd, Philadelphia, PA 19115-1699 |
| 519635211 | + | Email/Text: broman@amhfcu.org | Jan 04 2024 20:48:00 | American Heritage Federal Credit Union, Attn: Bankruptcy, 2060 Red Lion Rd, Philadelphia, PA 19115-1699 |
| 519635212 | | Email/PDF: bncnotices@becket-lee.com | Jan 04 2024 20:52:16 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 519635213 | | Email/PDF: bncnotices@becket-lee.com | Jan 04 2024 20:52:04 | Amex, PO Box 981537, El Paso, TX 79998-1537 |

| | | | | |
|---|---|---|---|---|
| 519635214 | | Email/PDF: bncnotices@becket-lee.com | Jan 04 2024 20:52:17 | Amex/Bankruptcy, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 519635215 | + | EDI: CITICORP | Jan 05 2024 01:24:00 | Amex/Dsnb, PO Box 6789, Sioux Falls, SD 57117-6789 |
| 519635217 | | EDI: BANKAMER | Jan 05 2024 01:24:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 519668832 | | EDI: BANKAMER | Jan 05 2024 01:24:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 519635218 | | EDI: TSYS2 | Jan 05 2024 01:24:00 | Barclays Bank Delaware, Attn: Bankruptcy, PO Box 8801, Wilmington, DE 19899-8801 |
| 519635219 | | EDI: TSYS2 | Jan 05 2024 01:24:00 | Barclaysbk, PO Box 8803, Wilmington, DE 19899-8803 |
| 519635220 | | EDI: BANKAMER | Jan 05 2024 01:24:00 | Bk of Amer, PO Box 982238, El Paso, TX 79998-2238 |
| 519635221 | | EDI: CAPITALONE.COM | Jan 05 2024 01:24:00 | Cap One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519635222 | | EDI: CAPITALONE.COM | Jan 05 2024 01:24:00 | Cap1/l&t, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519635223 | | EDI: CAPITALONE.COM | Jan 05 2024 01:24:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519635227 | | EDI: WFNNB.COM | Jan 05 2024 01:24:00 | Cb/Express, PO Box 182789, Columbus, OH 43218-2789 |
| 519635229 | | EDI: WFNNB.COM | Jan 05 2024 01:24:00 | Cb/Justice, PO Box 182789, Columbus, OH 43218-2789 |
| 519635231 | | EDI: WFNNB.COM | Jan 05 2024 01:24:00 | Cb/Ny&Co, PO Box 182789, Columbus, OH 43218-2789 |
| 519635224 | | EDI: WFNNB.COM | Jan 05 2024 01:24:00 | Cb/anntylr, PO Box 182789, Columbus, OH 43218-2789 |
| 519635225 | | EDI: WFNNB.COM | Jan 05 2024 01:24:00 | Cb/comenit, PO Box 182789, Columbus, OH 43218-2789 |
| 519635226 | | EDI: WFNNB.COM | Jan 05 2024 01:24:00 | Cb/comenit, Attn: Bankruptcy, PO Box 182789, Columbus, OH 43218-2789 |
| 519635228 | | EDI: WFNNB.COM | Jan 05 2024 01:24:00 | Cb/fshnbgv, PO Box 182789, Columbus, OH 43218-2789 |
| 519635230 | | EDI: WFNNB.COM | Jan 05 2024 01:24:00 | Cb/mandee, PO Box 182789, Columbus, OH 43218-2789 |
| 519635232 | | EDI: WFNNB.COM | Jan 05 2024 01:24:00 | Cb/venus, PO Box 182789, Columbus, OH 43218-2789 |
| 519635234 | | EDI: CITICORP | Jan 05 2024 01:24:00 | Cbna, Attn: Centralized BankruptcyDept, PO Box 790034, Saint Louis, MO 63179-0034 |
| 519635235 | | EDI: CITICORP | Jan 05 2024 01:24:00 | Cbna, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 519635233 | | EDI: CITICORP | Jan 05 2024 01:24:00 | Cbna, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 519635236 | | EDI: WFNNB.COM | Jan 05 2024 01:24:00 | Ccb/boscov, PO Box 182120, Columbus, OH 43218-2120 |
| 519635237 | | EDI: WFNNB.COM | Jan 05 2024 01:24:00 | Ccb/hsn, PO Box 182120, Columbus, OH 43218-2120 |
| 519635239 | | EDI: WFNNB.COM | Jan 05 2024 01:24:00 | Ccb/mprcc, PO Box 182120, Columbus, OH 43218-2120 |
| 519635240 | | EDI: WFNNB.COM | Jan 05 2024 01:24:00 | Ccb/prcpgd, PO Box 182120, Columbus, OH |

| | | | |
|---|---|---|---|
| | | | 43218-2120 |
| 519635243 | EDI: CITICORP | Jan 05 2024 01:24:00 | Citi, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 519635244 | EDI: CITICORP | Jan 05 2024 01:24:00 | Citi/Sears, Citibank/Centralized Bankruptcy, PO Box 790034, Saint Louis, MO 63179-0034 |
| 519635245 | EDI: CITICORP | Jan 05 2024 01:24:00 | Citibank, Attn: Bankruptcy, PO Box 790034, Saint Louis, MO 63179-0034 |
| 519635246 | EDI: CITICORP | Jan 05 2024 01:24:00 | Citibank North America, Citibank SD MC, 425 5800 South Corp Pl, Sioux Falls, SD 57101 |
| 519635247 | EDI: CITICORP | Jan 05 2024 01:24:00 | Citibank/Best Buy, Attn: Bankruptcy, PO Box 790034, Saint Louis, MO 63179-0034 |
| 519635248 | EDI: CITICORP | Jan 05 2024 01:24:00 | Citibank/Sears, Attn: Bnakruptcy, PO Box 790034, Saint Louis, MO 63179-0034 |
| 519635249 | EDI: CITICORP | Jan 05 2024 01:24:00 | Citibank/the Home Depot, Citicorp Credit Srvs/Centralized Bk dept, PO Box 790034, Saint Louis, MO 63179-0034 |
| 519635250 | EDI: WFNNB.COM | Jan 05 2024 01:24:00 | Comenity Bank/Ann Taylor, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 519635251 | EDI: WFNNB.COM | Jan 05 2024 01:24:00 | Comenity Bank/Express, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 519635252 | EDI: WFNNB.COM | Jan 05 2024 01:24:00 | Comenity Bank/Fashion Bug, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 519635253 | EDI: WFNNB.COM | Jan 05 2024 01:24:00 | Comenity Bank/Justice, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 519635254 | EDI: WFNNB.COM | Jan 05 2024 01:24:00 | Comenity Bank/Mandee, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 519635255 | EDI: WFNNB.COM | Jan 05 2024 01:24:00 | Comenity Capital Bank/Hsn, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 519635256 | EDI: WFNNB.COM | Jan 05 2024 01:24:00 | Comenity/MPRC, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 519635257 | + EDI: WFNNB.COM | Jan 05 2024 01:24:00 | Comenity/zlotlt, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 519635259 | EDI: WFNNB.COM | Jan 05 2024 01:24:00 | ComenityBank/Venus, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 519635261 | EDI: WFNNB.COM | Jan 05 2024 01:24:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 519635258 | EDI: WFNNB.COM | Jan 05 2024 01:24:00 | Comenitybank/New York, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 519635260 | EDI: WFNNB.COM | Jan 05 2024 01:24:00 | Comenitycapital/1stop, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 519635262 | EDI: WFNNB.COM | Jan 05 2024 01:24:00 | Comenityl/Prcpgd, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 519635263 | EDI: DISCOVER | Jan 05 2024 01:24:00 | Discover, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 519635270 | EDI: CITICORP | Jan 05 2024 01:24:00 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Blvd, Mason, OH 45040-8999 |
| 519635264 | EDI: DISCOVERPL | Jan 05 2024 01:24:00 | Discover Personal Loans, Attn: Bankruptcy, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 519635242 | EDI: JPMORGANCHASE | Jan 05 2024 01:24:00 | Chase Card Services, Attn: Bankruptcy, PO Box 15298, Wilmington, DE 19850-5298 |
| 519635266 | EDI: JPMORGANCHASE | Jan 05 2024 01:24:00 | Jpmcb Card, PO Box 15369, Wilmington, DE |

| | | | | |
|---|---|---|---|---|
| | | | | 19850-5369 |
| 519635267 | | EDI: JPMORGANCHASE | Jan 05 2024 01:24:00 | Jpmcb Hl, 700 Kansas Ln, Monroe, LA 71203-4774 |
| 519664809 | + | Email/Text: RASEBN@raslg.com | Jan 04 2024 20:47:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 519635269 | | Email/Text: PBNCNotifications@peritusservices.com | Jan 04 2024 20:47:00 | Kohls/Capital One, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |
| 519635268 | | Email/Text: PBNCNotifications@peritusservices.com | Jan 04 2024 20:47:00 | Kohls/cap1, PO Box 3115, Milwaukee, WI 53201-3115 |
| 519928703 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 04 2024 20:52:15 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 519928704 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 04 2024 20:52:17 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603, LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 519670791 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 04 2024 20:52:11 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519635271 | + | EDI: CITICORP | Jan 05 2024 01:24:00 | Macysdsnb, PO Box 6789, Sioux Falls, SD 57117-6789 |
| 519646148 | + | EDI: JEFFERSONCAP.COM | Jan 05 2024 01:24:00 | NORDSTROM, INC., Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 519635273 | | EDI: NFCU.COM | Jan 05 2024 01:24:00 | Navy Fcu, 820 Follin Ln SE, Vienna, VA 22180-4907 |
| 519635274 | | EDI: NFCU.COM | Jan 05 2024 01:24:00 | Navy Fcu, Attn: Bankruptcy, PO Box 3000, Merrifield, VA 22119-3000 |
| 519635275 | | EDI: NFCU.COM | Jan 05 2024 01:24:00 | Navy Federal Credit Union, Attn: Bankruptcy, PO Box 3000, Merrifield, VA 22119-3000 |
| 519639615 | + | EDI: NFCU.COM | Jan 05 2024 01:24:00 | Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 519635277 | + | Email/Text: bnc@nordstrom.com | Jan 04 2024 20:48:58 | Nordstm/td, 13531 E Caley Ave, Englewood, CO 80111-6505 |
| 519635278 | | Email/Text: bnc@nordstrom.com | Jan 04 2024 20:48:31 | Nordstrom FSB, ATTN: Bankruptcy, PO Box 6555, Englewood, CO 80155-6555 |
| 519684975 | | EDI: PRA.COM | Jan 05 2024 01:24:00 | Portfolio Recovery Associates, LLC, c/o The Home Depot, POB 41067, Norfolk VA 23541 |
| 519635279 | + | Email/PDF: ebnotices@pnmac.com | Jan 04 2024 20:52:09 | Pennymac Loan Services, LLC, Attn: Correspondence, Unit PO Box 514387, Los Angeles, CA 90051-4387 |
| 519679428 | | EDI: Q3G.COM | Jan 05 2024 01:24:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 519635281 | + | Email/Text: bankruptcyteam@quickenloans.com | Jan 04 2024 20:48:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 519649497 | + | Email/Text: bankruptcyteam@quickenloans.com | Jan 04 2024 20:48:00 | Rocket Mortgage, LLC fka Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 519635290 | | EDI: SYNC | Jan 05 2024 01:24:00 | SYNCB/BRMart, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519635283 | | Email/Text: DeftBkr@santander.us | Jan 04 2024 20:48:00 | Santander, PO Box 12646, Reading, PA 19612-2646 |
| 519635284 | + | Email/Text: DeftBkr@santander.us | Jan 04 2024 20:48:00 | Santander Bank, 10-64-38-FD7, 601 Penn St, Reading, PA 19601-3563 |

| | | | |
|---|---|---|---|
| 519635285 | EDI: SYNC | Jan 05 2024 01:24:00 | Syncb, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519635286 | EDI: SYNC | Jan 05 2024 01:24:00 | Syncb/ Zul, C/o, PO Box 965017, Orlando, FL 32896-5017 |
| 519635287 | EDI: SYNC | Jan 05 2024 01:24:00 | Syncb/Amer, PO Box 965005, Orlando, FL 32896-5005 |
| 519635291 | EDI: SYNC | Jan 05 2024 01:24:00 | Syncb/Car Care, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519635292 | EDI: SYNC | Jan 05 2024 01:24:00 | Syncb/Care, C/o, PO Box 965036, Orlando, FL 32896-5036 |
| 519635293 | EDI: SYNC | Jan 05 2024 01:24:00 | Syncb/Care Credit, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 519635295 | EDI: SYNC | Jan 05 2024 01:24:00 | Syncb/Home Design SE, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519635298 | EDI: SYNC | Jan 05 2024 01:24:00 | Syncb/Lord & Taylor, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519635289 | EDI: SYNC | Jan 05 2024 01:24:00 | Syncb/bebe, PO Box 965005, Orlando, FL 32896-5005 |
| 519635294 | EDI: SYNC | Jan 05 2024 01:24:00 | Syncb/hdsn, C/o, PO Box 965036, Orlando, FL 32896-5036 |
| 519635296 | EDI: SYNC | Jan 05 2024 01:24:00 | Syncb/jcp, PO Box 965007, Orlando, FL 32896-5007 |
| 519635297 | EDI: SYNC | Jan 05 2024 01:24:00 | Syncb/l&t, PO Box 965015, Orlando, FL 32896-5015 |
| 519635299 | EDI: SYNC | Jan 05 2024 01:24:00 | Syncb/lowe, PO Box 956005, Orlando, FL 32801 |
| 519635300 | EDI: SYNC | Jan 05 2024 01:24:00 | Syncb/lowe, PO Box 965005, Orlando, FL 32896-5005 |
| 519635301 | EDI: SYNC | Jan 05 2024 01:24:00 | Syncb/mc, PO Box 965005, Orlando, FL 32896-5005 |
| 519635303 | EDI: SYNC | Jan 05 2024 01:24:00 | Syncb/onav, PO Box 965005, Orlando, FL 32896-5005 |
| 519635304 | EDI: SYNC | Jan 05 2024 01:24:00 | Syncb/qvc, PO Box 965005, Orlando, FL 32896-5005 |
| 519635305 | EDI: SYNC | Jan 05 2024 01:24:00 | Syncb/sams, PO Box 965005, Orlando, FL 32896-5005 |
| 519635306 | EDI: SYNC | Jan 05 2024 01:24:00 | Syncb/slpy, C/o, PO Box 965036, Orlando, FL 32896-5036 |
| 519635307 | EDI: SYNC | Jan 05 2024 01:24:00 | Syncb/sync, C/o, PO Box 965036, Orlando, FL 32896-5036 |
| 519635308 | EDI: SYNC | Jan 05 2024 01:24:00 | Syncb/tjx, PO Box 965015, Orlando, FL 32896-5015 |
| 519635309 | EDI: SYNC | Jan 05 2024 01:24:00 | Syncb/walm, PO Box 965024, Orlando, FL 32896-5024 |
| 519635310 | EDI: SYNC | Jan 05 2024 01:24:00 | Syncb/zulily, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519678319 | + EDI: SYNC | Jan 05 2024 01:24:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519635312 | EDI: SYNC | Jan 05 2024 01:24:00 | Synchrony Bank, PO Box 530938, Atlanta, GA 30353-0938 |

| | | | |
|---|---|---|---|
| 519635311 | EDI: SYNC | Jan 05 2024 01:24:00 | Synchrony Bank, Attn: Bnakruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519636173 | + EDI: SYNC | Jan 05 2024 01:24:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519635313 | EDI: SYNC | Jan 05 2024 01:24:00 | Synchrony Bank/American Eagle, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519635314 | EDI: SYNC | Jan 05 2024 01:24:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, PO Box 965064, Orlando, FL 32896-5064 |
| 519635315 | EDI: SYNC | Jan 05 2024 01:24:00 | Synchrony Bank/Hh Gregg, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519635316 | EDI: SYNC | Jan 05 2024 01:24:00 | Synchrony Bank/Jcpenney, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519635317 | EDI: SYNC | Jan 05 2024 01:24:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519635318 | EDI: SYNC | Jan 05 2024 01:24:00 | Synchrony Bank/McCbg, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519635319 | EDI: SYNC | Jan 05 2024 01:24:00 | Synchrony Bank/Old Navy, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519635320 | EDI: SYNC | Jan 05 2024 01:24:00 | Synchrony Bank/Qvc, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519635321 | EDI: SYNC | Jan 05 2024 01:24:00 | Synchrony Bank/Sams, Attn: Bnakruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519635322 | EDI: SYNC | Jan 05 2024 01:24:00 | Synchrony Bank/Sams Club, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519635323 | EDI: SYNC | Jan 05 2024 01:24:00 | Synchrony Bank/Tjx, Attn: Bankruptcy Dept, PO Box 965064, Orlando, FL 32896-5064 |
| 519635324 | EDI: WTRRNBANK.COM | Jan 05 2024 01:24:00 | Target Nb, C/O Financial & Retail Services Mailstop, PO Box 9475, Minneapolis, MN 55440-9475 |
| 519635326 | EDI: WTRRNBANK.COM | Jan 05 2024 01:24:00 | Td/target, PO Box 673, Minneapolis, MN 55440-0673 |
| 519635328 | EDI: USBANKARS.COM | Jan 05 2024 01:24:00 | U.S. Bankcorp, Attn: Bankruptcy, 800 Nicollet Mall, Minneapolis, MN 55402-7000 |
| 519635330 | EDI: USBANKARS.COM | Jan 05 2024 01:24:00 | US Bank/Rms, Attn: Bankruptcy, PO Box 5229, Cincinnati, OH 45201-5229 |
| 519635331 | EDI: WFFC2 | Jan 05 2024 01:24:00 | Wells Fargo Bank NA, 1 Home Campus MAC X2303-01A Fl 3, Des Moines, IA 50301 |
| 519635332 | EDI: WFFC2 | Jan 05 2024 01:24:00 | Wf/preferr, PO Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 127

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519928705 | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 519928706 | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603, LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 519635327 | ## | Tdrcs/Furniture First, Attn: Bankruptcy, 1000 Macarthur Blvd, Mahwah, NJ 07430-2035 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 06, 2024 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 4, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Brian C. Nicholas | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Daniel E. Straffi | on behalf of Debtor Nelson R. Jusino bkclient@straffilaw.com g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com |
| Daniel E. Straffi | on behalf of Joint Debtor Lisa L. Jusino bkclient@straffilaw.com g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| John Michael McDonnell | jmcdonnell@mchfirm.com NJ95@ecfcbis.com, |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8