UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Jusino, Nelson R. & Jusino, Lisa L.

Case No.: 22-14746
Chapter: 7
Judge: MBK

## NOTICE OF PROPOSED ABANDONMENT

John Michael McDonnell, Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
United States Bankruptcy Court Clerk
Clarkson S. Fisher U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

If an objection is filed, a hearing will be held before the Honorable Michael B. Kaplan on March 7, 2024 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 8. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
28 Forest Hill Drive
Howell, New Jersey 07731

FMV=$390,000

Liens on property:
Lien= $317,000

Minus 10% Cost of Sale

Amount of equity claimed as exempt: $55,800

Objections must be served on, and requests for additional information directed to:

Name: John Michael McDonnell, Trustee
Address: 115 Maple Avenue, Red Bank, New Jersey 07701
Telephone No.: 732.383.7233

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-14746-MBK |
| Nelson R. Jusino | Chapter 7 |
| Lisa L. Jusino | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 7 |
| Date Rcvd: Feb 06, 2024 | Form ID: pdf905 | Total Noticed: 139 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 08, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Nelson R. Jusino, Lisa L. Jusino, 28 Forrest Hill Dr, Howell, NJ 07731-2159 |
| 519635216 | | Amricn Fcu, 3110 Grant Ave, Philadelphia, PA 19114-2542 |
| 519635238 | | Ccb/Lucky, PO Box 182120, Columbus, OH 43218-2120 |
| 519635241 | | Ccb/zlotlt, PO Box 182120, Columbus, OH 43218-2120 |
| 519635265 | | Elan Fincl, Saint Louis, MO 63101 |
| 519635272 | | Navy Fcu, 1 Security Pl, Merrifield, VA 22081 |
| 519635276 | | Navy Mort, PO Box 3305, Merrifield, VA 22116-3305 |
| 519635280 | | Pnmac, PO Box 514387, Los Angeles, CA 90051-4387 |
| 519635282 | + | Rocketmort, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 519635288 | | Syncb/ashf, C/o, PO Box 965036, Orlando, FL 32896-5036 |
| 519635302 | | Syncb/mvis, C/o, PO Box 965036, Orlando, FL 32896-5036 |
| 519636173 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519635325 | | Td/renovat, Columbia, SC 29201 |
| 519635327 | | Tdrcs/Furniture First, Attn: Bankruptcy, 1000 Macarthur Blvd, Mahwah, NJ 07430-2035 |
| 519635329 | | US Bank, Saint Louis, MO 63101 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 06 2024 20:46:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 06 2024 20:46:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519661267 | | Email/PDF: bncnotices@becket-lee.com | Feb 06 2024 20:59:12 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519668741 | + | Email/Text: broman@amhfcu.org | Feb 06 2024 20:46:00 | American Heritage FCU, c/o Brian Romaniello, 2060 Red Lion Rd, Philadelphia, PA 19115-1699 |
| 519635211 | + | Email/Text: broman@amhfcu.org | Feb 06 2024 20:46:00 | American Heritage Federal Credit Union, Attn: Bankruptcy, 2060 Red Lion Rd, Philadelphia, PA 19115-1699 |
| 519635212 | | Email/PDF: bncnotices@becket-lee.com | Feb 06 2024 21:00:14 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 519635213 | | Email/PDF: bncnotices@becket-lee.com | Feb 06 2024 21:10:38 | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 519635214 | | Email/PDF: bncnotices@becket-lee.com | Feb 06 2024 21:00:19 | Amex/Bankruptcy, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 519635215 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 06 2024 20:59:14 | Amex/Dsnb, PO Box 6789, Sioux Falls, SD 57117-6789 |
| 519635217 | | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 06 2024 20:45:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Cir, Tampa, FL 33634-2413 |

Case 22-14746-MBK    Doc 45    Filed 02/08/24    Entered 02/09/24 00:17:04    Desc Imaged
Certificate of Notice    Page 3 of 8

| District/off: 0312-3 | User: admin | Page 2 of 7 |
|---|---|---|
| Date Rcvd: Feb 06, 2024 | Form ID: pdf905 | Total Noticed: 139 |

| Recipient ID | Notice Method | Date/Time | Name and Address |
|---|---|---|---|
| 519668832 | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 06 2024 20:45:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 519635218 | Email/Text: BarclaysBankDelaware@tsico.com | Feb 06 2024 20:46:00 | Barclays Bank Delaware, Attn: Bankruptcy, PO Box 8801, Wilmington, DE 19899-8801 |
| 519635219 | Email/Text: BarclaysBankDelaware@tsico.com | Feb 06 2024 20:46:00 | Barclaysbk, PO Box 8803, Wilmington, DE 19899-8803 |
| 519635220 | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 06 2024 20:45:00 | Bk of Amer, PO Box 982238, El Paso, TX 79998-2238 |
| 519635221 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 06 2024 21:21:15 | Cap One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519635222 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 06 2024 20:59:08 | Cap1/l&t, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519635223 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 06 2024 21:21:15 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519635227 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 06 2024 20:46:00 | Cb/Express, PO Box 182789, Columbus, OH 43218-2789 |
| 519635229 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 06 2024 20:46:00 | Cb/Justice, PO Box 182789, Columbus, OH 43218-2789 |
| 519635231 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 06 2024 20:46:00 | Cb/Ny&Co, PO Box 182789, Columbus, OH 43218-2789 |
| 519635224 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 06 2024 20:46:00 | Cb/anntylr, PO Box 182789, Columbus, OH 43218-2789 |
| 519635225 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 06 2024 20:46:00 | Cb/comenit, PO Box 182789, Columbus, OH 43218-2789 |
| 519635226 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 06 2024 20:46:00 | Cb/comenit, Attn: Bankruptcy, PO Box 182789, Columbus, OH 43218-2789 |
| 519635228 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 06 2024 20:46:00 | Cb/fshnbgv, PO Box 182789, Columbus, OH 43218-2789 |
| 519635230 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 06 2024 20:46:00 | Cb/mandee, PO Box 182789, Columbus, OH 43218-2789 |
| 519635232 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 06 2024 20:46:00 | Cb/venus, PO Box 182789, Columbus, OH 43218-2789 |
| 519635234 | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 06 2024 21:00:17 | Cbna, Attn: Centralized BankruptcyDept, PO Box 790034, Saint Louis, MO 63179-0034 |
| 519635235 | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 06 2024 21:10:53 | Cbna, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 519635233 | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 06 2024 20:59:36 | Cbna, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 519635236 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 06 2024 20:46:00 | Ccb/boscov, PO Box 182120, Columbus, OH 43218-2120 |
| 519635237 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 06 2024 20:46:00 | Ccb/hsn, PO Box 182120, Columbus, OH 43218-2120 |
| 519635239 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 06 2024 20:46:00 | Ccb/mprcc, PO Box 182120, Columbus, OH 43218-2120 |
| 519635240 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 06 2024 20:46:00 | Ccb/prcpgd, PO Box 182120, Columbus, OH 43218-2120 |
| 519635243 | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 06 2024 21:00:14 | Citi, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 519635244 | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 06 2024 21:00:09 | Citi/Sears, Citibank/Centralized Bankruptcy, PO Box 790034, Saint Louis, MO 63179-0034 |
| 519635245 | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 06 2024 21:00:15 | Citibank, Attn: Bankruptcy, PO Box 790034, Saint Louis, MO 63179-0034 |

Case 22-14746-MBK    Doc 45    Filed 02/08/24    Entered 02/09/24 00:17:04    Desc Imaged
Certificate of Notice    Page 4 of 8

| District/off: 0312-3 | User: admin | Page 3 of 7 |
|---|---|---|
| Date Rcvd: Feb 06, 2024 | Form ID: pdf905 | Total Noticed: 139 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 519635246 | | Email/PDF: Citi.BNC.Correspondence@citi.com Feb 06 2024 21:10:40 | | Citibank North America, Citibank SD MC, 425 5800 South Corp Pl, Sioux Falls, SD 57101 |
| 519635247 | | Email/PDF: Citi.BNC.Correspondence@citi.com Feb 06 2024 21:10:46 | | Citibank/Best Buy, Attn: Bankruptcy, PO Box 790034, Saint Louis, MO 63179-0034 |
| 519635248 | | Email/PDF: Citi.BNC.Correspondence@citi.com Feb 06 2024 21:10:51 | | Citibank/Sears, Attn: Bnakruptcy, PO Box 790034, Saint Louis, MO 63179-0034 |
| 519635249 | | Email/PDF: Citi.BNC.Correspondence@citi.com Feb 06 2024 21:10:40 | | Citibank/the Home Depot, Citicorp Credit Srvs/Centralized Bk dept, PO Box 790034, Saint Louis, MO 63179-0034 |
| 519635250 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 06 2024 20:46:00 | | Comenity Bank/Ann Taylor, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 519635251 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 06 2024 20:46:00 | | Comenity Bank/Express, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 519635252 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 06 2024 20:46:00 | | Comenity Bank/Fashion Bug, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 519635253 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 06 2024 20:46:00 | | Comenity Bank/Justice, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 519635254 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 06 2024 20:46:00 | | Comenity Bank/Mandee, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 519635255 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 06 2024 20:46:00 | | Comenity Capital Bank/Hsn, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 519635256 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 06 2024 20:46:00 | | Comenity/MPRC, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 519635257 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 06 2024 20:46:00 | | Comenity/zlotlt, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 519635259 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 06 2024 20:46:00 | | ComenityBank/Venus, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 519635261 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 06 2024 20:46:00 | | ComenityCapital/Boscov, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 519635258 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 06 2024 20:46:00 | | Comenitybank/New York, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 519635260 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 06 2024 20:46:00 | | Comenitycapital/1stop, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 519635262 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 06 2024 20:46:00 | | Comenityl/Prcpgd, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 519635263 | | Email/Text: mrdiscen@discover.com Feb 06 2024 20:45:00 | | Discover, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 519635270 | | Email/PDF: Citi.BNC.Correspondence@citi.com Feb 06 2024 20:59:11 | | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Blvd, Mason, OH 45040-8999 |
| 519635264 | | Email/Text: dplbk@discover.com Feb 06 2024 20:46:00 | | Discover Personal Loans, Attn: Bankruptcy, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 519635242 | | Email/PDF: ais.chase.ebn@aisinfo.com Feb 06 2024 21:10:37 | | Chase Card Services, Attn: Bankruptcy, PO Box 15298, Wilmington, DE 19850-5298 |
| 519635266 | | Email/PDF: ais.chase.ebn@aisinfo.com Feb 06 2024 21:10:37 | | Jpmcb Card, PO Box 15369, Wilmington, DE 19850-5369 |
| 519635267 | | Email/PDF: ais.chase.ebn@aisinfo.com Feb 06 2024 21:00:21 | | Jpmcb Hl, 700 Kansas Ln, Monroe, LA 71203-4774 |
| 519664809 | + | Email/Text: RASEBN@raslg.com Feb 06 2024 20:45:00 | | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 519635269 | | Email/Text: PBNCNotifications@peritusservices.com | Feb 06 2024 20:45:00 | Kohls/Capital One, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |
| 519635268 | | Email/Text: PBNCNotifications@peritusservices.com | Feb 06 2024 20:45:00 | Kohls/cap1, PO Box 3115, Milwaukee, WI 53201-3115 |
| 519928703 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 06 2024 20:59:36 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 519928704 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 06 2024 21:00:12 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603, LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 519670791 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 06 2024 20:59:12 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519635271 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 06 2024 20:59:36 | Macysdsnb, PO Box 6789, Sioux Falls, SD 57117-6789 |
| 519646148 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 06 2024 20:46:00 | NORDSTROM, INC., Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 519635273 | | Email/Text: ext_ebn_inbox@navyfederal.org | Feb 06 2024 20:47:00 | Navy Fcu, 820 Follin Ln SE, Vienna, VA 22180-4907 |
| 519635274 | | Email/Text: ext_ebn_inbox@navyfederal.org | Feb 06 2024 20:47:00 | Navy Fcu, Attn: Bankruptcy, PO Box 3000, Merrifield, VA 22119-3000 |
| 519635275 | | Email/Text: ext_ebn_inbox@navyfederal.org | Feb 06 2024 20:47:00 | Navy Federal Credit Union, Attn: Bankruptcy, PO Box 3000, Merrifield, VA 22119-3000 |
| 519639615 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Feb 06 2024 20:47:00 | Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 519635277 | + | Email/Text: bnc@nordstrom.com | Feb 06 2024 20:46:48 | Nordstm/td, 13531 E Caley Ave, Englewood, CO 80111-6505 |
| 519635278 | | Email/Text: bnc@nordstrom.com | Feb 06 2024 20:46:20 | Nordstrom FSB, ATTN: Bankruptcy, PO Box 6555, Englewood, CO 80155-6555 |
| 519684975 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 06 2024 20:59:30 | Portfolio Recovery Associates, LLC, c/o The Home Depot, POB 41067, Norfolk VA 23541 |
| 519635279 | + | Email/PDF: ebnotices@pnmac.com | Feb 06 2024 20:59:10 | Pennymac Loan Services, LLC, Attn: Correspondence, Unit PO Box 514387, Los Angeles, CA 90051-4387 |
| 519679428 | | Email/Text: bnc-quantum@quantum3group.com | Feb 06 2024 20:46:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 519635281 | + | Email/Text: bankruptcyteam@quickenloans.com | Feb 06 2024 20:46:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 519649497 | + | Email/Text: bankruptcyteam@quickenloans.com | Feb 06 2024 20:46:00 | Rocket Mortgage, LLC fka Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 519635290 | | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 06 2024 21:10:48 | SYNCB/BRMart, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519635283 | | Email/Text: DeftBkr@santander.us | Feb 06 2024 20:46:00 | Santander, PO Box 12646, Reading, PA 19612-2646 |
| 519635284 | + | Email/Text: DeftBkr@santander.us | Feb 06 2024 20:46:00 | Santander Bank, 10-64-38-FD7, 601 Penn St, Reading, PA 19601-3563 |
| 519635285 | | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 06 2024 20:59:07 | Syncb, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519635286 | | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 06 2024 20:59:07 | Syncb/ Zul, C/o, PO Box 965017, Orlando, FL 32896-5017 |
| 519635287 | | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 06 2024 20:59:10 | Syncb/Amer, PO Box 965005, Orlando, FL 32896-5005 |

| District/off: 0312-3 | User: admin | Page 5 of 7 |
|---|---|---|
| Date Rcvd: Feb 06, 2024 | Form ID: pdf905 | Total Noticed: 139 |

| | | | |
|---|---|---|---|
| 519635291 | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 06 2024 21:10:39 | Syncb/Car Care, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519635292 | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 06 2024 21:10:46 | Syncb/Care, C/o, PO Box 965036, Orlando, FL 32896-5036 |
| 519635293 | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 06 2024 20:59:28 | Syncb/Care Credit, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 519635295 | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 06 2024 20:59:57 | Syncb/Home Design SE, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519635298 | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 06 2024 21:21:07 | Syncb/Lord & Taylor, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519635289 | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 06 2024 21:10:43 | Syncb/bebe, PO Box 965005, Orlando, FL 32896-5005 |
| 519635294 | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 06 2024 21:10:52 | Syncb/hdsn, C/o, PO Box 965036, Orlando, FL 32896-5036 |
| 519635296 | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 06 2024 20:59:26 | Syncb/jcp, PO Box 965007, Orlando, FL 32896-5007 |
| 519635297 | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 06 2024 20:59:57 | Syncb/l&t, PO Box 965015, Orlando, FL 32896-5015 |
| 519635299 | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 06 2024 21:10:42 | Syncb/lowe, PO Box 956005, Orlando, FL 32801 |
| 519635300 | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 06 2024 21:10:39 | Syncb/lowe, PO Box 965005, Orlando, FL 32896-5005 |
| 519635301 | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 06 2024 20:59:08 | Syncb/mc, PO Box 965005, Orlando, FL 32896-5005 |
| 519635303 | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 06 2024 20:59:28 | Syncb/onav, PO Box 965005, Orlando, FL 32896-5005 |
| 519635304 | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 06 2024 21:10:38 | Syncb/qvc, PO Box 965005, Orlando, FL 32896-5005 |
| 519635305 | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 06 2024 20:59:30 | Syncb/sams, PO Box 965005, Orlando, FL 32896-5005 |
| 519635306 | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 06 2024 20:59:07 | Syncb/slpy, C/o, PO Box 965036, Orlando, FL 32896-5036 |
| 519635307 | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 06 2024 20:59:08 | Syncb/sync, C/o, PO Box 965036, Orlando, FL 32896-5036 |
| 519635308 | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 06 2024 20:59:10 | Syncb/tjx, PO Box 965015, Orlando, FL 32896-5015 |
| 519635309 | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 06 2024 21:00:19 | Syncb/walm, PO Box 965024, Orlando, FL 32896-5024 |
| 519635310 | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 06 2024 20:59:58 | Syncb/zulily, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519678319 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 06 2024 20:59:10 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519635312 | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 06 2024 20:59:30 | Synchrony Bank, PO Box 530938, Atlanta, GA 30353-0938 |
| 519635311 | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 06 2024 21:10:54 | Synchrony Bank, Attn: Bnakruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519635313 | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 06 2024 20:59:30 | Synchrony Bank/American Eagle, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519635314 | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 06 2024 21:10:40 | Synchrony Bank/Care Credit, Attn: Bankruptcy |

| Recip ID | Method | Date/Time | Name and Address |
|---|---|---|---|
| | | | Dept, PO Box 965064, Orlando, FL 32896-5064 |
| 519635315 | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 06 2024 20:59:36 | Synchrony Bank/Hh Gregg, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519635316 | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 06 2024 21:00:00 | Synchrony Bank/Jcpenney, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519635317 | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 06 2024 21:10:47 | Synchrony Bank/Lowes, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519635318 | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 06 2024 21:10:46 | Synchrony Bank/McCbg, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519635319 | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 06 2024 20:59:28 | Synchrony Bank/Old Navy, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519635320 | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 06 2024 20:59:14 | Synchrony Bank/Qvc, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519635321 | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 06 2024 20:59:28 | Synchrony Bank/Sams, Attn: Bnakruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519635322 | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 06 2024 21:10:52 | Synchrony Bank/Sams Club, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519635323 | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 06 2024 21:00:15 | Synchrony Bank/Tjx, Attn: Bankruptcy Dept, PO Box 965064, Orlando, FL 32896-5064 |
| 519635324 | Email/Text: bncmail@w-legal.com | Feb 06 2024 20:46:00 | Target Nb, C/O Financial & Retail Services Mailstop, PO Box 9475, Minneapolis, MN 55440-9475 |
| 519635326 | Email/Text: bncmail@w-legal.com | Feb 06 2024 20:46:00 | Td/target, PO Box 673, Minneapolis, MN 55440-0673 |
| 519635328 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Feb 06 2024 20:46:00 | U.S. Bankcorp, Attn: Bankruptcy, 800 Nicollet Mall, Minneapolis, MN 55402-7000 |
| 519635330 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Feb 06 2024 20:46:00 | US Bank/Rms, Attn: Bankruptcy, PO Box 5229, Cincinnati, OH 45201-5229 |
| 519635331 | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Feb 06 2024 20:59:30 | Wells Fargo Bank NA, 1 Home Campus MAC X2303-01A Fl 3, Des Moines, IA 50301 |
| 519635332 | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Feb 06 2024 21:10:51 | Wf/preferr, PO Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 124

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519928705 | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 519928706 | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603, LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 7 of 7 |
| Date Rcvd: Feb 06, 2024 | Form ID: pdf905 | Total Noticed: 139 |

Date: Feb 08, 2024        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 5, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Daniel E. Straffi | on behalf of Joint Debtor Lisa L. Jusino bkclient@straffilaw.com g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com |
| Daniel E. Straffi | on behalf of Debtor Nelson R. Jusino bkclient@straffilaw.com g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| John Michael McDonnell | on behalf of Trustee John Michael McDonnell jmcdonnell@mchfirm.com NJ95@ecfcbis.com, |
| John Michael McDonnell | jmcdonnell@mchfirm.com NJ95@ecfcbis.com, |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7