Form loccrtno – loccrtnov27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 22–14746–MBK
Chapter: 7
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Nelson R. Jusino
aka Nelson Jusino
28 Forrest Hill Dr
Howell, NJ 07731–2159

Lisa L. Jusino
aka Lisa Jusino
28 Forrest Hill Dr
Howell, NJ 07731–2159

Social Security No.:
xxx–xx–9794                                                       xxx–xx–8382

Employer's Tax I.D. No.:

## CERTIFICATION OF NO OBJECTION

    I Pamela Fiero , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Abandonment:

Description of Property (if applicable):

28 Forest Hill Drive, Howell, New Jersey.

Dated: March 1, 2024
JAN: pbf

Jeanne Naughton
Clerk