| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>UNITED STATES DEPARTMENT OF JUSTICE<br>OFFICE OF THE UNITED STATES TRUSTEE<br>ANDREW R. VARA<br>UNITED STATES TRUSTEE, REGIONS 3 & 9<br>Rachel Wolf, Esquire<br>One Newark Center, Suite 2100<br>Newark, NJ 07102<br>Telephone: (973) 645-3014<br>Fax: (973) 645-5993<br>Email: Rachel.wolf@usdoj.gov | Order Filed on April 2, 2024<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Nelson R. Jusino and Lisa L. Jusino,<br><br>Debtors. | Case No.: 22-14746 (MBK)<br><br>Chapter 7<br><br>Hearing Date:<br><br>Judge: Honorable Michael B. Kaplan |

**CONSENT ORDER EXTENDING TIME TO FILE A MOTION TO DISMISS CASE UNDER 11 U.S.C. § 707(b)(1) AND (3) AND EXTENDING TIME TO FILE A COMPLAINT OBJECTING TO DISCHARGE UNDER 11 U.S.C. § 727**

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: April 2, 2024**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

(Page 2)

Debtors: Nelson R. Jusino and Lisa L. Jusino

Chapter 7 Case No.: 22-14746 (MBK)

**Consent Order Extending Time to File a Motion to Dismiss Case Under 11 U.S.C. § 707(b)(1) and (3) and Extending Time to File a Complaint Objecting to Discharge Under 11 U.S.C. § 727**

---

THIS MATTER having been consensually opened to the Court and agreed upon by and between Andrew R. Vara, United States Trustee, by and through his counsel the Office of the United States Trustee (Rachel Wolf, Esquire appearing), and Straffi & Straffi, LLC (Daniel E. Straffi, Esquire appearing) counsel for the Debtors and for other good cause shown, it is hereby;

**ORDERED** that any motion by the United States Trustee to dismiss the present Chapter 7 case under 11 U.S.C. § 707(b)(1) and (3) or any complaint objecting to discharge under 11 U.S.C. § 727 by the United States Trustee and/or the Chapter 7 trustee must be filed on or before **June 4, 2024**; and it is further;

**ORDERED** that the United States Trustee reserves his right to seek a further extension of the time to file a motion pursuant to 11 U.S.C. § 707(b)(1) and (3) or any complaint objecting to discharge under 11 U.S.C. § 727.

| | |
|---|---|
| The form and entry of the order is hereby acknowledged and agreed to: | Without Objection: |
| Daniel E. Straffi<br>Straffi & Straffi, LLC | Andrew R. Vara<br>United States Trustee, Regions 3 & 9 |
| By:  _/s/ Daniel E. Straffi_<br>     Daniel E. Straffi<br>     Attorney for the Debtors | By:  _/s/ Rachel Wolf_<br>     Rachel Wolf<br>     Trial Attorney |