| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>UNITED STATES DEPARTMENT OF JUSTICE<br>OFFICE OF THE UNITED STATES TRUSTEE<br>ANDREW R. VARA<br>UNITED STATES TRUSTEE, REGIONS 3 & 9<br>Rachel Wolf, Esq.<br>One Newark Center, Suite 2100<br>Newark, NJ 07102<br>Telephone: (973) 645-3014<br>Fax: (973) 645-5993<br>Email:   Rachel.wolf@usdoj.gov | |
| In Re:<br><br>Nelson R. Jusino and<br>Lisa L. Jusino,<br><br>Debtors. | Case No.: 22-14746 (MBK)<br><br>Chapter 7<br><br>Hearing Date:<br><br>Judge: Honorable Michael B. Kaplan |

**CERTIFICATE OF CONSENT REGARDING CONSENT ORDER
DISMISSING CASE UNDER 11 U.S.C. §§ 707(a)(1)**

**I HEREBY CERTIFY** that with respect to the copy of the captioned Consent Order submitted to the Court, the following conditions have been met:

(a) The terms of the copy of the consent order submitted to the Court are identical to those set forth in the original consent order;

(b) The signatures represented by the /s/ on the copy of the consent order submitted to the Court reference the signatures of consenting parties obtained on the original consent order;

(c) I will retain the original consent order for a period of seven years from the date of closing of the case or adversary proceeding;

(d) I will make the original consent order available for inspection upon the request of the Court or any party in interest; and

(e) I will simultaneously electronically file this certification with the Court, by use of my login and password, thereby signing same for all purposes including those under Fed.R.Bankr.P. 9011.

                                                     _/s/ *Rachel Wolf*_
                                                     Rachel Wolf

Dated: June 3, 2024