Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 22−14746−MBK
Chapter: 7
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Nelson R. Jusino
aka Nelson Jusino
28 Forrest Hill Dr
Howell, NJ 07731−2159

Lisa L. Jusino
aka Lisa Jusino
28 Forrest Hill Dr
Howell, NJ 07731−2159

Social Security No.:
xxx−xx−9794                         xxx−xx−8382

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
   Debtor and Joint Debtor was entered on June 3, 2024.

   Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: June 3, 2024
JAN: wiq

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Nelson R. Jusino  
Lisa L. Jusino  
    Debtors

Case No. 22-14746-MBK  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 7  
Date Rcvd: Jun 03, 2024     Form ID: 148     Total Noticed: 139

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 05, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Nelson R. Jusino, Lisa L. Jusino, 28 Forrest Hill Dr, Howell, NJ 07731-2159 |
| 519635216 | | Amricn Fcu, 3110 Grant Ave, Philadelphia, PA 19114-2542 |
| 519635238 | | Ccb/Lucky, PO Box 182120, Columbus, OH 43218-2120 |
| 519635241 | | Ccb/zlotlt, PO Box 182120, Columbus, OH 43218-2120 |
| 519635265 | | Elan Fincl, Saint Louis, MO 63101 |
| 519635272 | | Navy Fcu, 1 Security Pl, Merrifield, VA 22081 |
| 519635276 | | Navy Mort, PO Box 3305, Merrifield, VA 22116-3305 |
| 519635280 | | Pnmac, PO Box 514387, Los Angeles, CA 90051-4387 |
| 519635282 | + | Rocketmort, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 519635288 | | Syncb/ashf, C/o, PO Box 965036, Orlando, FL 32896-5036 |
| 519635302 | | Syncb/mvis, C/o, PO Box 965036, Orlando, FL 32896-5036 |
| 519678319 | + | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519636173 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519635325 | | Td/renovat, Columbia, SC 29201 |
| 519635327 | | Tdrcs/Furniture First, Attn: Bankruptcy, 1000 Macarthur Blvd, Mahwah, NJ 07430-2035 |
| 519635329 | | US Bank, Saint Louis, MO 63101 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 03 2024 21:21:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 03 2024 21:21:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519661267 | | Email/PDF: bncnotices@becket-lee.com | Jun 03 2024 21:29:20 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519668741 | + | Email/Text: jvalencia@amhfcu.org | Jun 03 2024 21:21:00 | American Heritage FCU, c/o Brian Romaniello, 2060 Red Lion Rd, Philadelphia, PA 19115-1699 |
| 519635211 | + | Email/Text: jvalencia@amhfcu.org | Jun 03 2024 21:21:00 | American Heritage Federal Credit Union, Attn: Bankruptcy, 2060 Red Lion Rd, Philadelphia, PA 19115-1699 |
| 519635212 | | Email/PDF: bncnotices@becket-lee.com | Jun 03 2024 21:18:36 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 519635213 | | Email/PDF: bncnotices@becket-lee.com | Jun 03 2024 21:29:08 | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 519635214 | | Email/PDF: bncnotices@becket-lee.com | Jun 03 2024 21:18:07 | Amex/Bankruptcy, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 519635215 | + | EDI: CITICORP | Jun 04 2024 00:57:00 | Amex/Dsnb, PO Box 6789, Sioux Falls, SD 57117-6789 |

Case 22-14746-MBK    Doc 57    Filed 06/05/24    Entered 06/06/24 00:17:10    Desc Imaged
                         Certificate of Notice    Page 3 of 8

| District/off: 0312-3 | User: admin | Page 2 of 7 |
|---|---|---|
| Date Rcvd: Jun 03, 2024 | Form ID: 148 | Total Noticed: 139 |

| | | | |
|---|---|---|---|
| 519635217 | EDI: BANKAMER | Jun 04 2024 00:57:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 519668832 | EDI: BANKAMER | Jun 04 2024 00:57:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 519635218 | EDI: TSYS2 | Jun 04 2024 00:57:00 | Barclays Bank Delaware, Attn: Bankruptcy, PO Box 8801, Wilmington, DE 19899-8801 |
| 519635219 | EDI: TSYS2 | Jun 04 2024 00:57:00 | Barclaysbk, PO Box 8803, Wilmington, DE 19899-8803 |
| 519635220 | EDI: BANKAMER | Jun 04 2024 00:57:00 | Bk of Amer, PO Box 982238, El Paso, TX 79998-2238 |
| 519635221 | EDI: CAPITALONE.COM | Jun 04 2024 00:57:00 | Cap One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519635222 | EDI: CAPITALONE.COM | Jun 04 2024 00:57:00 | Cap1/l&t, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519635223 | EDI: CAPITALONE.COM | Jun 04 2024 00:57:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519635227 | EDI: WFNNB.COM | Jun 04 2024 00:57:00 | Cb/Express, PO Box 182789, Columbus, OH 43218-2789 |
| 519635229 | EDI: WFNNB.COM | Jun 04 2024 00:57:00 | Cb/Justice, PO Box 182789, Columbus, OH 43218-2789 |
| 519635231 | EDI: WFNNB.COM | Jun 04 2024 00:57:00 | Cb/Ny&Co, PO Box 182789, Columbus, OH 43218-2789 |
| 519635224 | EDI: WFNNB.COM | Jun 04 2024 00:57:00 | Cb/anntylr, PO Box 182789, Columbus, OH 43218-2789 |
| 519635225 | EDI: WFNNB.COM | Jun 04 2024 00:57:00 | Cb/comenit, PO Box 182789, Columbus, OH 43218-2789 |
| 519635226 | EDI: WFNNB.COM | Jun 04 2024 00:57:00 | Cb/comenit, Attn: Bankruptcy, PO Box 182789, Columbus, OH 43218-2789 |
| 519635228 | EDI: WFNNB.COM | Jun 04 2024 00:57:00 | Cb/fshnbgv, PO Box 182789, Columbus, OH 43218-2789 |
| 519635230 | EDI: WFNNB.COM | Jun 04 2024 00:57:00 | Cb/mandee, PO Box 182789, Columbus, OH 43218-2789 |
| 519635232 | EDI: WFNNB.COM | Jun 04 2024 00:57:00 | Cb/venus, PO Box 182789, Columbus, OH 43218-2789 |
| 519635234 | EDI: CITICORP | Jun 04 2024 00:57:00 | Cbna, Attn: Centralized BankruptcyDept, PO Box 790034, Saint Louis, MO 63179-0034 |
| 519635235 | EDI: CITICORP | Jun 04 2024 00:57:00 | Cbna, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 519635233 | EDI: CITICORP | Jun 04 2024 00:57:00 | Cbna, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 519635236 | EDI: WFNNB.COM | Jun 04 2024 00:57:00 | Ccb/boscov, PO Box 182120, Columbus, OH 43218-2120 |
| 519635237 | EDI: WFNNB.COM | Jun 04 2024 00:57:00 | Ccb/hsn, PO Box 182120, Columbus, OH 43218-2120 |
| 519635239 | EDI: WFNNB.COM | Jun 04 2024 00:57:00 | Ccb/mprcc, PO Box 182120, Columbus, OH 43218-2120 |
| 519635240 | EDI: WFNNB.COM | Jun 04 2024 00:57:00 | Ccb/prcpgd, PO Box 182120, Columbus, OH 43218-2120 |
| 519635243 | EDI: CITICORP | Jun 04 2024 00:57:00 | Citi, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 519635244 | EDI: CITICORP | Jun 04 2024 00:57:00 | Citi/Sears, Citibank/Centralized Bankruptcy, PO Box 790034, Saint Louis, MO 63179-0034 |

Case 22-14746-MBK   Doc 57   Filed 06/05/24   Entered 06/06/24 00:17:10   Desc Imaged
Certificate of Notice   Page 4 of 8

| District/off: 0312-3 | User: admin | Page 3 of 7 |
|---|---|---|
| Date Rcvd: Jun 03, 2024 | Form ID: 148 | Total Noticed: 139 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 519635245 | | EDI: CITICORP | Jun 04 2024 00:57:00 | Citibank, Attn: Bankruptcy, PO Box 790034, Saint Louis, MO 63179-0034 |
| 519635246 | | EDI: CITICORP | Jun 04 2024 00:57:00 | Citibank North America, Citibank SD MC, 425 5800 South Corp Pl, Sioux Falls, SD 57101 |
| 519635247 | | EDI: CITICORP | Jun 04 2024 00:57:00 | Citibank/Best Buy, Attn: Bankruptcy, PO Box 790034, Saint Louis, MO 63179-0034 |
| 519635248 | | EDI: CITICORP | Jun 04 2024 00:57:00 | Citibank/Sears, Attn: Bnakruptcy, PO Box 790034, Saint Louis, MO 63179-0034 |
| 519635249 | | EDI: CITICORP | Jun 04 2024 00:57:00 | Citibank/the Home Depot, Citicorp Credit Srvs/Centralized Bk dept, PO Box 790034, Saint Louis, MO 63179-0034 |
| 519635250 | | EDI: WFNNB.COM | Jun 04 2024 00:57:00 | Comenity Bank/Ann Taylor, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 519635251 | | EDI: WFNNB.COM | Jun 04 2024 00:57:00 | Comenity Bank/Express, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 519635252 | | EDI: WFNNB.COM | Jun 04 2024 00:57:00 | Comenity Bank/Fashion Bug, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 519635253 | | EDI: WFNNB.COM | Jun 04 2024 00:57:00 | Comenity Bank/Justice, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 519635254 | | EDI: WFNNB.COM | Jun 04 2024 00:57:00 | Comenity Bank/Mandee, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 519635255 | | EDI: WFNNB.COM | Jun 04 2024 00:57:00 | Comenity Capital Bank/Hsn, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 519635256 | | EDI: WFNNB.COM | Jun 04 2024 00:57:00 | Comenity/MPRC, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 519635257 | + | EDI: WFNNB.COM | Jun 04 2024 00:57:00 | Comenity/zlotlt, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 519635259 | | EDI: WFNNB.COM | Jun 04 2024 00:57:00 | ComenityBank/Venus, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 519635261 | | EDI: WFNNB.COM | Jun 04 2024 00:57:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 519635258 | | EDI: WFNNB.COM | Jun 04 2024 00:57:00 | Comenitybank/New York, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 519635260 | | EDI: WFNNB.COM | Jun 04 2024 00:57:00 | Comenitycapital/1stop, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 519635262 | | EDI: WFNNB.COM | Jun 04 2024 00:57:00 | Comenityl/Prcpgd, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 519635263 | | EDI: DISCOVER | Jun 04 2024 00:57:00 | Discover, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 519635270 | | EDI: CITICORP | Jun 04 2024 00:57:00 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Blvd, Mason, OH 45040-8999 |
| 519635264 | | EDI: DISCOVERPL | Jun 04 2024 00:57:00 | Discover Personal Loans, Attn: Bankruptcy, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 519635242 | | EDI: JPMORGANCHASE | Jun 04 2024 00:57:00 | Chase Card Services, Attn: Bankruptcy, PO Box 15298, Wilmington, DE 19850-5298 |
| 519635266 | | EDI: JPMORGANCHASE | Jun 04 2024 00:57:00 | Jpmcb Card, PO Box 15369, Wilmington, DE 19850-5369 |
| 519635267 | | EDI: JPMORGANCHASE | Jun 04 2024 00:57:00 | Jpmcb Hl, 700 Kansas Ln, Monroe, LA 71203-4774 |
| 519664809 | + | Email/Text: RASEBN@raslg.com | Jun 03 2024 21:19:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank |

| | | | |
|---|---|---|---|
| | | | USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 519635269 | Email/Text: PBNCNotifications@peritusservices.com | | |
| | | Jun 03 2024 21:19:00 | Kohls/Capital One, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |
| 519635268 | Email/Text: PBNCNotifications@peritusservices.com | | |
| | | Jun 03 2024 21:19:00 | Kohls/cap1, PO Box 3115, Milwaukee, WI 53201-3115 |
| 519928703 | + Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Jun 03 2024 21:29:20 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 519928704 | + Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Jun 03 2024 21:29:00 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603, LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 519670791 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Jun 03 2024 21:17:58 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519635271 | + EDI: CITICORP | | |
| | | Jun 04 2024 00:57:00 | Macysdsnb, PO Box 6789, Sioux Falls, SD 57117-6789 |
| 519646148 | + EDI: JEFFERSONCAP.COM | | |
| | | Jun 04 2024 00:57:00 | NORDSTROM, INC., Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 519635273 | EDI: NFCU.COM | | |
| | | Jun 04 2024 00:57:00 | Navy Fcu, 820 Follin Ln SE, Vienna, VA 22180-4907 |
| 519635274 | EDI: NFCU.COM | | |
| | | Jun 04 2024 00:57:00 | Navy Fcu, Attn: Bankruptcy, PO Box 3000, Merrifield, VA 22119-3000 |
| 519635275 | EDI: NFCU.COM | | |
| | | Jun 04 2024 00:57:00 | Navy Federal Credit Union, Attn: Bankruptcy, PO Box 3000, Merrifield, VA 22119-3000 |
| 519639615 | + EDI: NFCU.COM | | |
| | | Jun 04 2024 00:57:00 | Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 519635277 | + Email/Text: bnc@nordstrom.com | | |
| | | Jun 03 2024 21:20:14 | Nordstm/td, 13531 E Caley Ave, Englewood, CO 80111-6505 |
| 519635278 | Email/Text: bnc@nordstrom.com | | |
| | | Jun 03 2024 21:20:12 | Nordstrom FSB, ATTN: Bankruptcy, PO Box 6555, Englewood, CO 80155-6555 |
| 519684975 | EDI: PRA.COM | | |
| | | Jun 04 2024 00:57:00 | Portfolio Recovery Associates, LLC, c/o The Home Depot, POB 41067, Norfolk VA 23541 |
| 519635279 | + Email/PDF: ebnotices@pnmac.com | | |
| | | Jun 03 2024 21:18:23 | Pennymac Loan Services, LLC, Attn: Correspondence, Unit PO Box 514387, Los Angeles, CA 90051-4387 |
| 519679428 | EDI: Q3G.COM | | |
| | | Jun 04 2024 00:57:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 519635281 | + Email/Text: bankruptcyteam@quickenloans.com | | |
| | | Jun 03 2024 21:21:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 519649497 | + Email/Text: bankruptcyteam@quickenloans.com | | |
| | | Jun 03 2024 21:21:00 | Rocket Mortgage, LLC fka Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 519635290 | EDI: SYNC | | |
| | | Jun 04 2024 00:57:00 | SYNCB/BRMart, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519635283 | Email/Text: DeftBkr@santander.us | | |
| | | Jun 03 2024 21:21:00 | Santander, PO Box 12646, Reading, PA 19612-2646 |
| 519635284 | + Email/Text: DeftBkr@santander.us | | |
| | | Jun 03 2024 21:21:00 | Santander Bank, 10-64-38-FD7, 601 Penn St, Reading, PA 19601-3563 |
| 519635285 | EDI: SYNC | | |
| | | Jun 04 2024 00:57:00 | Syncb, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519635286 | EDI: SYNC | | |
| | | Jun 04 2024 00:57:00 | Syncb/ Zul, C/o, PO Box 965017, Orlando, FL 32896-5017 |

| District/off: 0312-3 | User: admin | Page 5 of 7 |
|---|---|---|
| Date Rcvd: Jun 03, 2024 | Form ID: 148 | Total Noticed: 139 |

| | | | |
|---|---|---|---|
| 519635287 | EDI: SYNC | Jun 04 2024 00:57:00 | Syncb/Amer, PO Box 965005, Orlando, FL 32896-5005 |
| 519635291 | EDI: SYNC | Jun 04 2024 00:57:00 | Syncb/Car Care, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519635292 | EDI: SYNC | Jun 04 2024 00:57:00 | Syncb/Care, C/o, PO Box 965036, Orlando, FL 32896-5036 |
| 519635293 | EDI: SYNC | Jun 04 2024 00:57:00 | Syncb/Care Credit, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 519635295 | EDI: SYNC | Jun 04 2024 00:57:00 | Syncb/Home Design SE, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519635298 | EDI: SYNC | Jun 04 2024 00:57:00 | Syncb/Lord & Taylor, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519635289 | EDI: SYNC | Jun 04 2024 00:57:00 | Syncb/bebe, PO Box 965005, Orlando, FL 32896-5005 |
| 519635294 | EDI: SYNC | Jun 04 2024 00:57:00 | Syncb/hdsn, C/o, PO Box 965036, Orlando, FL 32896-5036 |
| 519635296 | EDI: SYNC | Jun 04 2024 00:57:00 | Syncb/jcp, PO Box 965007, Orlando, FL 32896-5007 |
| 519635297 | EDI: SYNC | Jun 04 2024 00:57:00 | Syncb/l&t, PO Box 965015, Orlando, FL 32896-5015 |
| 519635299 | EDI: SYNC | Jun 04 2024 00:57:00 | Syncb/lowe, PO Box 956005, Orlando, FL 32801 |
| 519635300 | EDI: SYNC | Jun 04 2024 00:57:00 | Syncb/lowe, PO Box 965005, Orlando, FL 32896-5005 |
| 519635301 | EDI: SYNC | Jun 04 2024 00:57:00 | Syncb/mc, PO Box 965005, Orlando, FL 32896-5005 |
| 519635303 | EDI: SYNC | Jun 04 2024 00:57:00 | Syncb/onav, PO Box 965005, Orlando, FL 32896-5005 |
| 519635304 | EDI: SYNC | Jun 04 2024 00:57:00 | Syncb/qvc, PO Box 965005, Orlando, FL 32896-5005 |
| 519635305 | EDI: SYNC | Jun 04 2024 00:57:00 | Syncb/sams, PO Box 965005, Orlando, FL 32896-5005 |
| 519635306 | EDI: SYNC | Jun 04 2024 00:57:00 | Syncb/slpy, C/o, PO Box 965036, Orlando, FL 32896-5036 |
| 519635307 | EDI: SYNC | Jun 04 2024 00:57:00 | Syncb/sync, C/o, PO Box 965036, Orlando, FL 32896-5036 |
| 519635308 | EDI: SYNC | Jun 04 2024 00:57:00 | Syncb/tjx, PO Box 965015, Orlando, FL 32896-5015 |
| 519635309 | EDI: SYNC | Jun 04 2024 00:57:00 | Syncb/walm, PO Box 965024, Orlando, FL 32896-5024 |
| 519635310 | EDI: SYNC | Jun 04 2024 00:57:00 | Syncb/zulily, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519678319 | ^ MEBN | Jun 03 2024 21:11:10 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519635312 | EDI: SYNC | Jun 04 2024 00:57:00 | Synchrony Bank, PO Box 530938, Atlanta, GA 30353-0938 |
| 519635311 | EDI: SYNC | Jun 04 2024 00:57:00 | Synchrony Bank, Attn: Bnakruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519636173 | ^ MEBN | Jun 03 2024 21:11:11 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA |

| District/off: 0312-3 | User: admin | Page 6 of 7 |
|---|---|---|
| Date Rcvd: Jun 03, 2024 | Form ID: 148 | Total Noticed: 139 |

| | | | | |
|---|---|---|---|---|
| 519635313 | EDI: SYNC | | | 23541-1021 |
| | | | Jun 04 2024 00:57:00 | Synchrony Bank/American Eagle, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519635314 | EDI: SYNC | | Jun 04 2024 00:57:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, PO Box 965064, Orlando, FL 32896-5064 |
| 519635315 | EDI: SYNC | | Jun 04 2024 00:57:00 | Synchrony Bank/Hh Gregg, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519635316 | EDI: SYNC | | Jun 04 2024 00:57:00 | Synchrony Bank/Jcpenney, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519635317 | EDI: SYNC | | Jun 04 2024 00:57:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519635318 | EDI: SYNC | | Jun 04 2024 00:57:00 | Synchrony Bank/McCbg, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519635319 | EDI: SYNC | | Jun 04 2024 00:57:00 | Synchrony Bank/Old Navy, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519635320 | EDI: SYNC | | Jun 04 2024 00:57:00 | Synchrony Bank/Qvc, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519635321 | EDI: SYNC | | Jun 04 2024 00:57:00 | Synchrony Bank/Sams, Attn: Bnakruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519635322 | EDI: SYNC | | Jun 04 2024 00:57:00 | Synchrony Bank/Sams Club, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519635323 | EDI: SYNC | | Jun 04 2024 00:57:00 | Synchrony Bank/Tjx, Attn: Bankruptcy Dept, PO Box 965064, Orlando, FL 32896-5064 |
| 519635324 | EDI: WTRRNBANK.COM | | Jun 04 2024 00:57:00 | Target Nb, C/O Financial & Retail Services Mailstop, PO Box 9475, Minneapolis, MN 55440-9475 |
| 519635326 | EDI: WTRRNBANK.COM | | Jun 04 2024 00:57:00 | Td/target, PO Box 673, Minneapolis, MN 55440-0673 |
| 519635328 | EDI: USBANKARS.COM | | Jun 04 2024 00:57:00 | U.S. Bankcorp, Attn: Bankruptcy, 800 Nicollet Mall, Minneapolis, MN 55402-7000 |
| 519635330 | EDI: USBANKARS.COM | | Jun 04 2024 00:57:00 | US Bank/Rms, Attn: Bankruptcy, PO Box 5229, Cincinnati, OH 45201-5229 |
| 519635331 | EDI: WFFC2 | | Jun 04 2024 00:57:00 | Wells Fargo Bank NA, 1 Home Campus MAC X2303-01A Fl 3, Des Moines, IA 50301 |
| 519635332 | EDI: WFFC2 | | Jun 04 2024 00:57:00 | Wf/preferr, PO Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 125

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519928705 | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 519928706 | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603, LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

| District/off: 0312-3 | User: admin | Page 7 of 7 |
|---|---|---|
| Date Rcvd: Jun 03, 2024 | Form ID: 148 | Total Noticed: 139 |

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 05, 2024                                     Signature:         /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 3, 2024 at the address(es) listed below:

**Name**  **Email Address**

Albert Russo
on behalf of Trustee Albert Russo docs@russotrustee.com

Daniel E. Straffi
on behalf of Debtor Nelson R. Jusino bkclient@straffilaw.com
g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com

Daniel E. Straffi
on behalf of Joint Debtor Lisa L. Jusino bkclient@straffilaw.com
g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com

Denise E. Carlon
on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

John Michael McDonnell
on behalf of Trustee John Michael McDonnell jmcdonnell@mchfirm.com  NJ95@ecfcbis.com,

John Michael McDonnell
jmcdonnell@mchfirm.com  NJ95@ecfcbis.com,

Rachel Wolf
on behalf of U.S. Trustee U.S. Trustee rachel.wolf@usdoj.gov

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8