| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>UNITED STATES DEPARTMENT OF JUSTICE<br>OFFICE OF THE UNITED STATES TRUSTEE<br>ANDREW R. VARA<br>UNITED STATES TRUSTEE, REGIONS 3 & 9<br>Rachel Wolf, Esquire<br>One Newark Center, Suite 2100<br>Newark, NJ 07102<br>Telephone: (973) 645-3014<br>Fax: (973) 645-5993<br>Email: rachel.wolf@usdoj.gov | Order Filed on June 3, 2024<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Nelson R. Jusino and<br>Lisa L. Jusino,<br><br>Debtors. | Case No.: 22-14746 (MBK)<br><br>Chapter 7<br><br>Judge: Honorable Michael B. Kaplan |

**CONSENT ORDER DISMISSING CASE UNDER 11 U.S.C. §§ 707(a)**

The relief set forth on the following pages, numbered two (2) through three (3), is hereby **ORDERED**.

**DATED: June 3, 2024**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

(Page 2)

Debtors: Nelson R. Jusino and Lisa L. Jusino

Chapter 7 Case No.: 22-14746 (MBK)

**Consent Order Dismissing Case Under 11 U.S.C. § 707(a)**

___

This matter having been brought before the Court by the United States Trustee's application, by and through counsel, for entry of a Consent Order Dismissing Case Under 11 U.S.C. § 707(a); and good cause having been shown for entry of the relief requested; it is hereby

**ORDERED** that this case is dismissed under 11 U.S.C. § 707(a) without prejudice; and it is further

**ORDERED** that Debtors, Nelson R. Jusino and Lisa L. Jusino, shall not receive a chapter 7 discharge in case number 22-14746 (MBK); and it is further

**ORDERED** that this Consent Order shall be entered on the docket of case number 22-14746 (MBK).

The form and entry of this order is hereby acknowledged and agreed to:

| Nelson R. Jusino,<br>Debtor | Lisa L. Jusino<br>Debtor |
|---|---|
| By: _/s/Nelson R. Jusino_<br>Nelson R. Jusino<br>Debtor<br>Date: May 30, 2024 | By: _/s/Lisa L. Jusino_<br>Lisa L. Jusino<br>Debtor<br>Date: May 30, 2024 |

Daniel E. Straffi
Attorney to Debtors

By: _/s/Daniel E. Straffi_
     Daniel E. Straffi
Date: May 31, 2024


Without Objection:

Andrew R. Vara
United States Trustee, Regions 3 & 9

By: _/s/ Rachel Wolf_
     Rachel Wolf
     Trial Attorney
Date: June 3, 2024

United States Bankruptcy Court

District of New Jersey

In re:     Case No. 22-14746-MBK
Nelson R. Jusino     Chapter 7
Lisa L. Jusino
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2
Date Rcvd: Jun 03, 2024     Form ID: pdf903     Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 05, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | Nelson R. Jusino, Lisa L. Jusino, 28 Forrest Hill Dr, Howell, NJ 07731-2159 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 05, 2024     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 3, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Daniel E. Straffi | on behalf of Debtor Nelson R. Jusino bkclient@straffilaw.com g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com |
| Daniel E. Straffi | on behalf of Joint Debtor Lisa L. Jusino bkclient@straffilaw.com g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| John Michael McDonnell | jmcdonnell@mchfirm.com NJ95@ecfcbis.com, |
| John Michael McDonnell | on behalf of Trustee John Michael McDonnell jmcdonnell@mchfirm.com NJ95@ecfcbis.com, |
| Rachel Wolf | on behalf of U.S. Trustee U.S. Trustee rachel.wolf@usdoj.gov |

| District/off: 0312-3 | User: admin | Page 2 of 2 |
| --- | --- | --- |
| Date Rcvd: Jun 03, 2024 | Form ID: pdf903 | Total Noticed: 1 |

U.S. Trustee
        USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8